82 F.3d 411
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
James Edmond WATTS, Plaintiff-Appellant,
v.
Patricia E. CONNER, Correctional Officer, Augusta
Correctional Center; L. Saunders, Warden; Jack Lee; S.
James Taylor; Major Day; D. Boyers, Captain; Investigator
Reynolds; Lawrence W. Dury, III; L.H. Huffman; Sergeant
Starkey, Defendants-Appellees.
 No. 96-6016.
 United States Court of Appeals, Fourth Circuit.
 Submitted March 21, 1996.
Decided April 16, 1996.
 
 W.D.Va.
 DISMISSED.
 Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, District Judge; Glen E. Conrad, Magistrate Judge. (CA-94-586-R)
 James Edmond Watts, Appellant Pro Se. Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia, for Appellees.
 Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals from the magistrate judge's order denying Appellant's motions to compel discovery. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed.R.Civ.P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.
 
 
 2
 We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 DISMISSED